No. 53.  Wilkerson *v.* McCarthy et al., Trustees. Supreme Court of Utah.  Certiorari granted.  *Parnell Black, Calvin W. Rawlings* and *Harold E. Wallace* for petitioner.  *Waldemar Q. Van Cott* and *Dennis McCarthy* for respondents.

No. 54.  Coray, Ancillary Administrator, *v.* Southern Pacific Co.  Supreme Court of Utah.  Certiorari granted.  *Parnell Black, Calvin W. Rawlings* and *Harold E. Wallace* for petitioner.  *Paul H. Ray* and *S. J. Quinney* for respondent.

No. 63.  Kimball Laundry Co. *v.* United States. C. A. 8th Cir.  Certiorari granted.  *William J. Hotz* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *Wilma C. Martin* for the United States.

No. 65.  Chicago, Milwaukee, St. Paul & Pacific Railroad Co. et al. *v.* Acme Fast Freight, Inc.  C. A. 2d Cir.  Certiorari granted.  *Roswell P. C. May, William F. Zearfaus, Thomas L. Ennis, Joseph Rosch* and *H. Brua Campbell* for petitioners.  *Paul A. Crouch* for respondent.

No. 83.  Commissioner of Internal Revenue *v.* Phipps.  C. A. 10th Cir.  Certiorari granted.  *Solicitor General Perlman* for petitioner.  *W. Clayton Carpenter* for respondent.

No. 84.  Commissioner of Internal Revenue *v.* Wodehouse.  C. A. 4th Cir.  Certiorari granted.  *Solic-*